ABRAHAM ROTHMAN and Another v. THE CUNARD STEAMSHIP COMPANY, LTD., and Others.— Motion to dismiss appeal as to the defendant Cunard Steamship Company, Ltd.; granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

AMERICAN CAP FRONTS MANUFACTURING CO., INC., v. M. RAYMOND ROSENBLUM, as Executor, etc., of HARRY FATT, Deceased.— Motion to dismiss appeal granted, without costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

PROGRESS CLUB v. T. A. GILLESPIE COMPANY, Impleaded with Others.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of EMPIRE TRUST COMPANY, as Substituted Trustee, etc., of MATTHEW BYRNES, Deceased.— Motion to dismiss appeal granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of EMPIRE TRUST COMPANY, as Substituted Trustee, etc., of MATTHEW BYRNES, Deceased.— Motion to dismiss appeal granted. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of SCOTT WEBSTER CORPORATION against WILLIAM E. WALSH, as Chairman, etc., and NICHOLAS SCISCENTE and Another. — Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

THOMAS D. TAYLOR v. ILLINOIS PUBLISHING AND PRINTING COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so that appeal can be argued on October 10, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ARABELLE MERRIFIELD v. GEORGE E. MERRIFIELD.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on October 14, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

METROPOLITAN TOBACCO COMPANY in Behalf of Itself and All Other Creditors of PARAMOUNT CONCESSIONS, INC., v. PARAMOUNT CONCESSIONS, INC., Impleaded with SAMUEL HORWITZ.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued on October 24, 1930. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

AMERICAN BENZOL CORPORATION v. BERNARD ORMONT ASSOCIATES, INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM ROTHMAN and Another v. THE CUNARD STEAMSHIP COMPANY, LTD., and Others.— Motion to dismiss appeal as to defendant P. H. Keahon, Inc., granted, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

F. & J. CARRIG & COMPANY, INC., v. DAVID C. BROOKS and Others, Impleaded with ERNEST A. OLIVER.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

DAVID M. OLTARSH v. MARGUERITE A. BARKER and Others.— Motion to dismiss appeal denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.